# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-2356
Lower Tribunal No. F80-9587D

————————————

**Samuel Lightsey,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Samuel Lightsey, in proper person.

James Uthmeier, Attorney General, and Ryan P. Schelwat, Assistant Attorney General, for appellee.


Before LINDSEY, LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.